THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEON WEST, Appellant.—

Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.